United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 10-17796-elf
Gary C Bird                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett        Page 1 of 1           Date Rcvd: Aug 05, 2016
                             Form ID: 195            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2016.
db              Gary C Bird,   33 Centennial Road,   Telford, PA  18969-1206

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2016 at the address(es) listed below:
          ALEXANDRA T. GARCIA    on behalf of Creditor   DITECH FINANCIAL LLC ecfmail@mwc-law.com
          HILARY B. BONIAL    on behalf of Creditor   BAC Home Loan Servicing LP
           hbonial@nbsdefaultservices.com,  notice@bkcylaw.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Bank of America N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MARTIN B. KATZ    on behalf of Debtor Gary C Bird moosebkatz@yahoo.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER   ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
                                                                       TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                    : Chapter 13

Gary C Bird                                               : Case No. 10–17796–elf

        Debtor(s)

### *ORDER*

_____

AND NOW, this day , 5th day of August, 2016 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Eric L. Frank
Chief Judge , United States Bankruptcy Court

72
Form 195